UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JACKSON, | No. 2:15-cv-0808 GEB AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| ARIE EVANS, et al., | |
| Defendants. | |

On April 17, 2015, the court granted plaintiff's motion to proceed in forma pauperis, and ordered him to file a statement within 15 days, confirming that he had submitted service documents to the U.S. Marshal. ECF No. 3. According to the docket, plaintiff has not complied with the court's order, nor taken any other action to prosecute this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 23, 2015 initial status conference date is VACATED;

2. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than September 23, 2015 at 4:30 p.m., why this action should not be dismissed for lack of prosecution and for failure to comply with the court's order.

DATED: September 17, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE